Mr. Nwoye v. President of the United States I would like to say, reflecting on this case, there are basically two considerations. One is the substantive consideration of the need to protect contracts, the need to protect commerce and trade. There is also a procedural consideration that the policy of this court would be to abide by its rules. The rules of court govern the very process through which adjudication process is conducted. Reading my appellant briefs, I have raised primarily three issues on why the court should reverse the decision of the lower court. But importantly, I think I should highlight a very significant point that was not included here, and that is the standard of when a decision is clearly erroneous. If we look at Rule 52 of the court's rules, the court dismissed your case on its own without giving you notice. Had they given you notice that they were dismissing for the grounds they said when they did, what would you have said? You've now had notice and you're here. So tell us what you would have done if they'd given you a chance to speak. Suppose that intermediary is Sydney Austin. It's entirely private. There was nothing governmental about it. There was nothing official about it. That was the premise upon which every other arrangement was built. So if the court says to me that all acts are official conduct, therefore they enjoy absolute immunity, I would want to point out that this is an exception. So if we have four transactions, essentially the first one, the very foundational transaction, was different. It was entirely a private arrangement and conversation. And then on the point that there was no sufficient course of action against the second appellee, I would respectfully disagree with the court by saying, even though on the record there is none, at best the parties still have the right to still amend. It is something that they should file their answer. So if I may, just because your time is limited, I think if you could focus on what would you have put in the complaint that you didn't? What facts are out there that you think help establish an agent-principal relationship with Sydney Austin or that the Obamos knew who you were? What specific facts? Okay, one fact I would have done was to click document, documentary evidence, email correspondence, between me and employees of Sydney Austin, where we clearly went on the premise that whatever said this was being rendered, legal or consequential was being rendered, was rendered because the first and second appellee requested for it. I went on that premise and I had legitimate grounds to proceed on that grounds because I was told that, and there were other email correspondence that also built up to that level. So are those, I'm sorry, are those emails, so those emails would support the allegations in the complaint of what you were told? Yeah, the general circumstances of the case and the documentary evidence would definitely support the case. What, say the current complaint? The current complaint, yes. That's what you're saying you would have added below? Yes, yes. So on the surface, to say there's a prima facie case, you know, whether the jury or the trial judge agrees with the prima facie case is something left for trial. But there shouldn't be enough premise to say the case is unmeritorious or supported by unsustainable legal theory because the law appreciates oral contracts. The law agrees that there is agency relationship, right? And for a reputable law firm to hold out its employees to say that Mr. A asked me to act on their behalf is something worth probing into if indeed that was the case. So, but in a nutshell, I would almost respectfully say that there is still room for amendments, right? It is not a ground to say the case is worthless and it should be thrown out of the window. If it wasn't properly pleaded, it would be pleaded by way of amendments to give room for those facts to come in. But significantly, on the clearly erroneous principle, if we all agree that the very first transaction is one that involves private parties, private entity, then the only obvious answer for this vulnerable court is given the precedence, given the rules of court, particularly Rule 52A, and the Supreme Court decision in the United States and United States and Jameson and Co. would agree with me that sending the case back for arraignment or retrial is the most appropriate decision. I respectfully submit. Thank you so much. We will take the case under advisement. Now that concludes argument on the cases for the appeal calendar today. We do have one case on submission.